# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY WEATHERLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERIFINANCIAL SOLUTIONS, ) <br> LLC, ) <br> Defendant. ) <br> ) | Case No.: 1:17-cv-00588-GMS |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to pay its own costs, expense and attorney fees.

/s/ Neal J. Levitsky
Neal J. Levitsky
Fox Rothschild LLP
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone: (302)654-7444
Email: nlevitsky@foxrothschild.com
Attorney for Defendant
Date: Sept 1, 2017 ~~August 29, 2017~~

/s/ W. Christopher Componovo
W. Christopher Componovo
Kimmel & Silverman P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
Phone: (302) 791-9373
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff

Date: August 29, 2017

BY THE COURT:

_____ J.